| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust  2006-WM1, Mortgage Pass-Through Certificates, Series 2006-WM1 | |
| In Re:<br>Vincent J. Marino Jr.<br><br><br>Debtor | Case No: <u>17-32129 ABA</u><br><br>Chapter: <u>7</u><br><br>Judge: Andrew B. Altenburg Jr. |

**NOTICE OF APPEARANCE**

      Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of U.S. Bank National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust  2006-WM1, Mortgage Pass-Through Certificates, Series 2006-WM1. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

16 North Maple Street G-2, Woodbury, NJ 08096

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐ All documents and pleadings of any nature.
Date:11/16/2017

    **/s/ Rebecca A. Solarz, Esquire**
    Rebecca A. Solarz, Esquire
    Denise Carlon, Esquire
    Brian C. Nicholas, Esquire
    **KML Law Group, P.C.**
    216 Haddon Avenue, Ste. 406
    Westmont, NJ 08108
    (609) 250-0700 (NJ)
    (215) 627-1322 (PA)
    FAX: (609) 385-2214
    Attorney for Movant/Applicant