UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

By: Jeffrey E. Jenkins, Esquire

Order Filed on November 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Vincent & Christina Marino
  debtor(s)

Case Number: 17-32129

Hearing Date:

Judge: ABA

Chapter: 7

Recommended Local Form: ☒ Followed ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 22, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑ Granted.  The deadline to file schedules is extended to _____11/28/17_____.

☐ Denied.

*rev.8/1/15*