UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Vincent & Christina Marino

Case No.: 17-32129/ABA
Chapter: 7
Judge: ABA

**NOTICE OF PROPOSED ABANDONMENT**

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on January 23, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property:
16 N. Maple Street, Unit G-2*
Woodbury, NJ
FMV - $87,500.00
*Property is solely in Mr. Marino's name |
|---|---|

| Liens on property: | Wells Fargo - $167,461.74 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 17-32129-ABA
Vincent J. Marino, Jr.                                        Chapter 7
Christina Jolie Marino
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                 Page 1 of 2                    Date Rcvd: Dec 27, 2017
                               Form ID: pdf905             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2017.
db/jdb         +Vincent J. Marino, Jr.,    Christina Jolie Marino,    701 Malus Court,
                 Mullica Hill, NJ 08062-9485
517154128      +Capital One,    c/o D & A Services,    1400 E. Touhy Avenue, Suite G2,
                 Des Plaines, IL 60018-3338
517154129       Capital One Bank USA NA,    PO Box 71083,    Charlotte, NC 28272-1083
517154130      +Capital One NA,    c/o The Bureaus,    650 Dundee Rd,    Suite 370,    Northbrook, IL 60062-2757
517154131       Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
517154132      +Christina Chan-Doong,    307 Trinity Court,    Apartment 12,    Princeton, NJ 08540-7027
517154133      +Comcast,    PO BOX 3002,    Southeastern, PA 19398-3002
517154134       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
517154137      +Inspira Medical Center Woodbury, Inc.,    PO BOX 95000-7130,    Philadelphia, PA 19195-0001
517154139      +Lincoln Medical Supply,    913 N. Main Street,    Pleasantville, NJ 08232-1401
517154140       Mariner Finance,    5851 Route 42, Plaza 42, Suite 16,    Blackwood, NJ 08012
517154141       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517154142      +PSE&G,    c/o Penn Credit,    916 South 14th Street,    PO BOX 988,    Harrisburg, PA 17108-0988
517154143      +Specialized Loan Servicing,    PO BOX 105219,    Atlanta, GA 30348-5219
517154144      +TD Bank,    c/o Northland Group,    PO BOX 390846,    Minneapolis, MN 55439-0846
517237481      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
517154145      +Virtua Health,    PO BOX 8500-8267,    Philadelphia, PA 19178-0001
517154146      +Virtua Health,    c/o Apex Asset Management, LLC,    PO BOX 5407,    Lancaster, PA 17606-5407
517154148      +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
517154127      +a/k/a America's Servicing Company,    c/o Shapiro & DeNardo, LLC,
                 14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2017 22:34:02     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2017 22:33:59     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517154135      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 27 2017 22:33:59     Credit One Bank,
                 c/o Midland Funding,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
517154138      +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 27 2017 22:34:38     Kohl's Department Stores, Inc.,    Payment Processing Center,    PO BOX 55126,
                 Boston, MA 02205-5126
517154147      +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 27 2017 22:34:38     Wells Fargo Bank,
                 c/o Credit Collection Services,    Payment Processing Center,    PO BOX 55126,
                 Boston, MA 02205-5126
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517154136     ##+Fulton Bank of New Jersey,    c/o Commercial Acceptance Corp.,    2 W. Main Street,
                 Shiremanstown, PA 17011-6326
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Dec 27, 2017
                              Form ID: pdf905          Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Securitized Asset Backed Receivables LLC Trust  2006-WM1, Mortgage Pass-Through Certificates,
           Series 2006-WM1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Eric  Clayman    on behalf of Debtor Vincent J. Marino, Jr. jenkins.clayman@verizon.net
          Eric  Clayman    on behalf of Joint Debtor Christina Jolie Marino jenkins.clayman@verizon.net
          Jeffrey E. Jenkins    on behalf of Joint Debtor Christina Jolie Marino jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Jeffrey E. Jenkins    on behalf of Debtor Vincent J. Marino, Jr. jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Joseph  Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Securitized Asset Backed Receivables LLC Trust  2006-WM1, Mortgage Pass-Through Certificates,
           Series 2006-WM1 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```