Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 17−32129−ABA
          Chapter: 7
          Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vincent J. Marino Jr. | Christina Jolie Marino |
| 701 Malus Court | aka Christina J. Conolly |
| Mullica Hill, NJ 08062 | 701 Malus Court |
| | Mullica Hill, NJ 08062 |

Social Security No.:
  xxx−xx−8968                          xxx−xx−3735

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 31, 2018</u>                 <u>Andrew B. Altenburg Jr.</u>
                                          Judge, United States Bankruptcy Court