# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−32129−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Vincent J. Marino Jr.
701 Malus Court
Mullica Hill, NJ 08062

Christina Jolie Marino
aka Christina J. Conolly
701 Malus Court
Mullica Hill, NJ 08062

Social Security No.:
xxx−xx−8968

xxx−xx−3735

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: January 31, 2018
JAN: def

                                                                                          Jeanne Naughton
                                                                                          Clerk

Case 17-32129-ABA    Doc 23    Filed 02/02/18    Entered 02/03/18 00:28:21    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:  
Vincent J. Marino, Jr.  
Christina Jolie Marino  
    Debtors

Case No. 17-32129-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Jan 31, 2018  
                 Form ID: cscnodsc      Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2018.

```
db/jdb         +Vincent J. Marino, Jr.,    Christina Jolie Marino,    701 Malus Court,
                 Mullica Hill, NJ 08062-9485
517154128      +Capital One,    c/o D & A Services,    1400 E. Touhy Avenue, Suite G2,
                 Des Plaines, IL 60018-3338
517154129       Capital One Bank USA NA,    PO Box 71083,    Charlotte, NC 28272-1083
517154130      +Capital One NA,    c/o The Bureaus,    650 Dundee Rd,    Suite 370,    Northbrook, IL 60062-2757
517154131       Capital One Retail Services,    PO Box 71106,    Charlotte, NC 28272-1106
517154132      +Christina Chan-Doong,    307 Trinity Court,    Apartment 12,    Princeton, NJ 08540-7027
517154133      +Comcast,    PO BOX 3002,    Southeastern, PA 19398-3002
517154134       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
517154137      +Inspira Medical Center Woodbury, Inc.,    PO BOX 95000-7130,    Philadelphia, PA 19195-0001
517154139      +Lincoln Medical Supply,    913 N. Main Street,    Pleasantville, NJ 08232-1401
517154140       Mariner Finance,    5851 Route 42, Plaza 42, Suite 16,    Blackwood, NJ 08012
517154141       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517154142      +PSE&G,    c/o Penn Credit,    916 South 14th Street,    PO BOX 988,    Harrisburg, PA 17108-0988
517154143      +Specialized Loan Servicing,    PO BOX 105219,    Atlanta, GA 30348-5219
517154144      +TD Bank,    c/o Northland Group,    PO BOX 390846,    Minneapolis, MN 55439-0846
517237481      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
517154146      +Virtua Health,    c/o Apex Asset Management, LLC,    PO BOX 5407,    Lancaster, PA 17606-5407
517154145      +Virtua Health,    PO BOX 8500-8267,    Philadelphia, PA 19178-0001
517154148      +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
517154127      +a/k/a America's Servicing Company,    c/o Shapiro & DeNardo, LLC,
                 14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2018 22:50:30     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2018 22:50:27     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517154135      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 31 2018 22:50:27     Credit One Bank,
                 c/o Midland Funding,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
517154138      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 31 2018 22:51:14     Kohl's Department Stores, Inc.,    Payment Processing Center,    PO BOX 55126,
                 Boston, MA 02205-5126
517154147      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 31 2018 22:51:14     Wells Fargo Bank,
                 c/o Credit Collection Services,    Payment Processing Center,    PO BOX 55126,
                 Boston, MA 02205-5126
                                                                                                TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517154136      ##+Fulton Bank of New Jersey,    c/o Commercial Acceptance Corp.,    2 W. Main Street,
                 Shiremanstown, PA 17011-6326
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                            Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jan 31, 2018
                              Form ID: cscnodsc        Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for
           Securitized Asset Backed Receivables LLC Trust  2006-WM1, Mortgage Pass-Through Certificates,
           Series 2006-WM1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Eric   Clayman    on behalf of Debtor Vincent J. Marino, Jr. jenkins.clayman@verizon.net
          Eric   Clayman    on behalf of Joint Debtor Christina Jolie Marino jenkins.clayman@verizon.net
          Jeffrey E. Jenkins    on behalf of Joint Debtor Christina Jolie Marino jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Jeffrey E. Jenkins    on behalf of Debtor Vincent J. Marino, Jr. jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Joseph  Marchand    jdmarchand@comcast.net,  jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Trustee for
           Securitized Asset Backed Receivables LLC Trust  2006-WM1, Mortgage Pass-Through Certificates,
           Series 2006-WM1 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 8
```