Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−32129−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Vincent J. Marino Jr.
701 Malus Court
Mullica Hill, NJ 08062

Christina Jolie Marino
aka Christina J. Conolly
701 Malus Court
Mullica Hill, NJ 08062

Social Security No.:
    xxx−xx−8968                                                                 xxx−xx−3735

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: July 11, 2018

Andrew B. Altenburg Jr.
Judge, United States Bankruptcy Court