**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Vincent J. Marino Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx-xx-8968<br>EIN   _ _ - _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Christina Jolie Marino<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx-xx-3735<br>EIN   _ _ - _ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   17-32129-ABA

# Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Vincent J. Marino Jr.                           Christina Jolie Marino
                                                aka Christina J. Conolly

7/11/18                                         **By the court:**   Andrew B. Altenburg Jr.
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 17-32129-ABA
Vincent J. Marino, Jr.                                            Chapter 7
Christina Jolie Marino
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                  Page 1 of 2              Date Rcvd: Jul 11, 2018
                              Form ID: 318                 Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2018.
db/jdb         +Vincent J. Marino, Jr.,    Christina Jolie Marino,    701 Malus Court,
                 Mullica Hill, NJ 08062-9485
517154128      +Capital One,    c/o D & A Services,    1400 E. Touhy Avenue, Suite G2,
                 Des Plaines, IL 60018-3338
517154130      +Capital One NA,    c/o The Bureaus,    650 Dundee Rd,    Suite 370,    Northbrook, IL 60062-2757
517154132      +Christina Chan-Doong,    307 Trinity Court,    Apartment 12,    Princeton, NJ 08540-7027
517154133      +Comcast,    PO BOX 3002,    Southeastern, PA 19398-3002
517154134       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
517154137      +Inspira Medical Center Woodbury, Inc.,    PO BOX 95000-7130,    Philadelphia, PA 19195-0001
517154139      +Lincoln Medical Supply,    913 N. Main Street,    Pleasantville, NJ 08232-1401
517154140       Mariner Finance,    5851 Route 42, Plaza 42, Suite 16,    Blackwood, NJ 08012
517154141       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517154142      #+PSE&G,    c/o Penn Credit,    916 South 14th Street,    PO BOX 988,    Harrisburg, PA 17108-0988
517154143      +Specialized Loan Servicing,    PO BOX 105219,    Atlanta, GA 30348-5219
517154144      +TD Bank,    c/o Northland Group,    PO BOX 390846,    Minneapolis, MN 55439-0846
517237481      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
517154145      +Virtua Health,    PO BOX 8500-8267,    Philadelphia, PA 19178-0001
517154146      +Virtua Health,    c/o Apex Asset Management, LLC,    PO BOX 5407,    Lancaster, PA 17606-5407
517154127      +a/k/a America's Servicing Company,    c/o Shapiro & DeNardo, LLC,
                 14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJDMARCHAND.COM Jul 12 2018 02:53:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2018 23:30:29      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2018 23:30:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517154129       EDI: CAPITALONE.COM Jul 12 2018 02:53:00      Capital One Bank USA NA,    PO Box 71083,
                 Charlotte, NC 28272-1083
517154131       EDI: CAPITALONE.COM Jul 12 2018 02:53:00      Capital One Retail Services,    PO Box 71106,
                 Charlotte, NC 28272-1106
517154135      +EDI: MID8.COM Jul 12 2018 02:53:00      Credit One Bank,    c/o Midland Funding,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
517154138      +EDI: CCS.COM Jul 12 2018 02:53:00      Kohl's Department Stores, Inc.,
                 Payment Processing Center,    PO BOX 55126,    Boston, MA 02205-5126
517154147      +EDI: CCS.COM Jul 12 2018 02:53:00      Wells Fargo Bank,    c/o Credit Collection Services,
                 Payment Processing Center,    PO BOX 55126,    Boston, MA 02205-5126
517154148      +EDI: WFFC.COM Jul 12 2018 02:53:00      Wells Fargo Home Mortgage,    PO Box 10335,
                 Des Moines, IA 50306-0335
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517154136      ##+Fulton Bank of New Jersey,    c/o Commercial Acceptance Corp.,    2 W. Main Street,
                 Shiremanstown, PA 17011-6326
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jul 11, 2018
                              Form ID: 318             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Securitized Asset Backed Receivables LLC Trust    2006-WM1, Mortgage Pass-Through Certificates,
           Series 2006-WM1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Eric   Clayman    on behalf of Debtor Vincent J. Marino, Jr. jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Eric   Clayman    on behalf of Joint Debtor Christina Jolie Marino jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Jeffrey E. Jenkins    on behalf of Joint Debtor Christina Jolie Marino jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Jeffrey E. Jenkins    on behalf of Debtor Vincent J. Marino, Jr. jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Joseph  Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Securitized Asset Backed Receivables LLC Trust    2006-WM1, Mortgage Pass-Through Certificates,
           Series 2006-WM1 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```